

# IN THE
# TENTH COURT OF APPEALS

––––––––––––––

## No. 10-19-00476-CV

**ROBERT ALLEN,**

                                                  **Appellant**

 **v.**

**STATE FARM LLOYDS
AND MIKE SHEPHERD,**

                                                  **Appellees**

––––––––––––––

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 2018-3585-4

––––––––––––––

## MEMORANDUM OPINION

––––––––––––––

Robert Allen filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a). Allen represents that Appellees State Farm Lloyds and Mike Shepherd are not opposed to the relief sought in the motion. Dismissal of the appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed January 8, 2020
[CV06]

